SEALED

FILED _____ LODGED
_____ RECEIVED _____ COPY

JUL 2 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MARIA R. GUTIERREZ
Arizona State Bar No. 026659
BENJAMIN GOLDBERG
New York State Bar No. 5346838
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Maria.Gutierrez@usdoj.gov
Email: Ben.Goldberg@usdoj.gov
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-26-00818-PHX-SHD (JZB) |
|---|---|---|
| Plaintiff, | | |
| vs. | | **INDICTMENT** |
| 1. Fernando Daniel Castro, (Counts 1, 140, 152, 158) | **VIO:** | 18 U.S.C. § 371 (Conspiracy) Count 1 |
| 2. Cruz Rafael Castro, (Count 1) | | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 2-139, 141-151, 153-157 |
| 3. Kenneth William Zwicker, (Counts 1, 2-6) | | |
| 4. Kaniyah Shirley Bean, (Counts 1, 7-10) | | 18 U.S.C. § 933(a)(1) & (3) (Conspiracy to Traffic Firearms) Counts 140, 152 |
| 5. Andrew Roy Odin, (Counts 1, 11-19) | | 18 U.S.C. §§ 922(a)(1)(A), 923, 924(a)(1)(D) (Dealing in Firearms Without a License) Count 158 |
| 6. Marque J'Von Rogers, (Counts 1, 20-28) | | |
| 7. Wayniqua Caprice Sledd, (Counts 1, 29-33) | | 18 U.S.C. §§ 924(d) and 981 21 U.S.C. § 853 28 U.S.C. § 2461(c) (Forfeiture Allegation) |
| 8. Taquan Antonio M. Carter, (Counts 1, 34-39) | | |
| 9. Tomminique Lashawn Smith, (Counts 1, 40-49) | | |

10. Darius Lamar George,
(Counts 1, 50-74)

11. Zaccheus Faith Baselt,
(Counts 1, 75-91)

12. Gustabo Angel Gamez Gonzalez,
(Counts 1, 92-113)

13. Cynthia Marie Enriquez,
(Counts 1, 114-122)

14. Ricky Raynard Gregory,
(Counts 1, 123-132)

15. Zachary Benjamin Baselt Jr,
(Counts 1, 133-139)

16. Donald Earl Stokes,
(Counts 1, 141-148)

17. Dalila Lisette Castro,
(Counts 1, 149-151)

18. Emmanuel Angel Leyva,
(Count 1)

19. Anthony Ontiveros,
(Counts 1, 153-155)

20. Jermaryous Jahiem Ash, and
(Counts 1, 156-157)

21. Juan Manuel Torres Perez
(Count 152)

Defendants.

**THE GRAND JURY CHARGES:**

## COUNT 1

*Introduction*

1.   Only licensed firearms importers, manufacturers, or dealers may engage in the business of dealing in firearms.

2.   At all times relevant to this indictment, the Defendant FERNANDO DANIEL CASTRO was not licensed under the provisions of Chapter 44 of Title 18, United Code to deal in firearms.

//

- 2 -

3.    At all times relevant to this indictment, Ammo AZ, Arizona State Armory, Baseline Pawn, Diamondback Armory, Fenrir Gunworks, Grasso Outdoors, Harris Brothers, Litchfield Arsenal, Mad Partners, Inc., MMP Guns, and The Armory were Federal Firearm Licensees (FFLs) operating in Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code.  The provisions of Chapter 44 of Title 18 require FFLs to maintain certain records of firearms transactions, including Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record.  ATF Form 4473 requires a firearms purchaser truthfully to provide certain information, including whether the person purchasing a firearm is the true purchaser of the firearm and their residential address.

*Conspiracy to Unlawfully Purchase Firearms for the Purpose of Dealing in Firearms Without a License*

4.    From on or about December 1, 2024, to on or about September 3, 2025, in the District of Arizona and elsewhere, Defendants FERNANDO DANIEL CASTRO, CRUZ RAFAEL CASTRO, KENNETH WILLIAM ZWICKER, KANIYAH SHIRLEY BEAN, ANDREW ROY ODIN, MARQUE J'VON ROGERS, WAYNIQUA CAPRICE SLEDD, TAQUAN ANTONIO M. CARTER, TOMMINIQUE LASHAWN SMITH, DARIUS LAMAR GEORGE, ZACCHEUS FAITH BASELT, GUSTABO ANGEL GAMEZ GONZALEZ, CYNTHIA MARIE ENRIQUEZ, RICKY RAYNARD GREGORY, ZACHARY BENJAMIN BASELT JR, DONALD EARL STOKES, DALILA LISETTE CASTRO, EMMANUEL ANGEL LEYVA, ANTHONY ONTIVEROS, and JERMARYOUS JAHIEM ASH did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit the following offenses against the United States;

    (1) Title 18, United States Code, Section 924(a)(1)(A), Making a False Statement During the Purchase of a Firearm; and

    (2) Title 18, United States Code, Sections §§ 922(a)(1)(A), 923, and 924(a)(1)(D), Dealing in Firearms Without a License.

*Purpose of the Conspiracy*

The purpose of this conspiracy was to unlawfully purchase firearms from FFLs in the District of Arizona by falsely stating on the ATF Forms 4473s that the buyer of the firearms was the true buyer/transferee of the firearms when in truth and in fact the buyer was purchasing the firearms for Defendant FERNANDO DANIEL CASTRO.  Defendant FERNANDO DANIEL CASTRO, who was not licensed to deal in firearms under the provisions of Chapter 44 of Title 18, United States Code, then sold the firearms for profit.

*Method and Means of Conspiracy*

The means and method employed by the Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that the Defendants and co-conspirators would buy firearms from licensed dealers in the District of Arizona.

It was further part of the conspiracy that the Defendants and co-conspirators would buy multiple firearms of similar make, model, and caliber.

It was further part of the conspiracy that the Defendants and co-conspirators would buy those firearms for Defendant FERNANDO DANIEL CASTRO.

It was further part of the conspiracy that some of the Defendants and co-conspirators would recruit other Defendants and co-conspirators to buy firearms for FERNANDO DANIEL CASTRO.

It was further part of the conspiracy that the Defendants and co-conspirators buying firearms would falsely state on ATF Form 4473 that the Defendant/co-conspirator buying the firearms was the true purchaser of the firearms.

It was further part of the conspiracy that certain Defendants and co-conspirators would direct and provide funds to other Defendants and co-conspirators to buy the firearms involved in the conspiracy.

It was further part of the conspiracy that the Defendants and co-conspirators buying firearm would be paid for buying the firearms.

It was further part of the conspiracy that the Defendants and co-conspirators who

were recruiting other Defendants and co-conspirators to buy firearms were paid for the firearms that were purchased by the recruited individual.

It was further part of the conspiracy that Defendant FERNANDO DANIEL CASTRO, who did not have a license to deal in firearms under the provisions of Chapter 44 of Title 18, United States Code, would sell the firearms purchased during the conspiracy to others for profit.

It was further part of the conspiracy that the unlawful buying of firearms was undertaken by the Defendants and co-conspirators with the knowledge and intent that the unlawfully purchased firearms would be sold for profit.

*Overt Acts*

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1. On December 23, 2024, Defendant TOMMINIQUE LASHAWN SMITH executed an ATF Form 4473 falsely stating that she was the true buyer of three firearms that she purchased from Baseline Pawn.

2. On December 28, 2024, Defendant ZACHARY BENJAMIN BASELT JR executed an ATF Form 4473 falsely stating that he was the true buyer of five firearms that he purchased from Baseline Pawn.

3. On January 1, 2025, Defendant ZACHARY BENJAMIN BASELT JR executed an ATF Form 4473 falsely stating that he was the true buyer of five firearms that he purchased from Baseline Pawn.

4. On January 9, 2025, Defendant ANDREW ROY ODIN executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Baseline Pawn.

5. On January 10, 2025, Defendant JERMARYOUS JAHEIM ASH executed an ATF Form 4473 falsely stating that he was the true buyer of five firearms that he purchased from Harris Brothers.

6. On January 20, 2025, Defendant ANDREW ROY ODIN executed an ATF Form

4473 falsely stating that he was the true buyer of three firearms that he purchased from Baseline Pawn.

7. On January 25, 2025, Defendant ANTHONY ONTIVEROS executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Baseline Pawn.

8. On January 29, 2025, Defendant ANDREW ROY ODIN executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Arizona State Armory.

9. On February 5, 2025, Defendant RICKY RAYNARD GREGORY executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Arizona State Armory.

10. On February 5, 2025, Defendant RICKY RAYNARD GREGORY executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Ammo AZ.

11. On February 5, 2025, Defendant ANDREW ROY ODIN executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Arizona State Armory.

12. On February 8, 2025, Defendant ANDREW ROY ODIN executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Baseline Pawn.

13. On February 10, 2025, Defendant ANDREW ROY ODIN executed an ATF Form 4473 falsely stating that he was the true buyer of six firearms that he purchased from Ammo AZ.

14. On February 12, 2025, Defendant ZACCHEUS FAITH BASELT executed an ATF Form 4473 falsely stating that he was the true buyer of six firearms that he purchased from Ammo AZ.

//

//

15. On February 15, 2025, Defendant RICKY RAYNARD GREGORY executed an ATF Form 4473 falsely stating that he was the true buyer of one firearm that he purchased from Baseline Pawn.

16. On February 15, 2025, Defendant RICKY RAYNARD GREGORY executed an ATF Form 4473 falsely stating that he was the true buyer of one firearm that he purchased from Grasso Outdoors.

17. On February 26, 2025, Defendant RICKY RAYNARD GREGORY executed an ATF Form 4473 falsely stating that he was the true buyer of five firearms that he purchased from Baseline Pawn.

18. On February 26, 2025, Defendant DONALD EARL STOKES executed an ATF Form 4473 falsely stating that he was the true buyer of five firearms that he purchased from Baseline Pawn.

19. On February 27, 2025, Defendant RICKY RAYNARD GREGORY executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Ammo AZ.

20. On February 27, 2025, Defendant KANIYAH SHIRLEY BEAN executed an ATF Form 4473 falsely stating that she was the true buyer of three firearms that she purchased from Arizona State Armory.

21. On March 7, 2025, Defendant MARQUE J'VON ROGERS executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Baseline Pawn.

22. On March 7, 2025, Defendant RICKY RAYNARD GREGORY executed an ATF Form 4473 falsely stating that he was the true buyer of four firearms that he purchased from Baseline Pawn.

23. On March 12, 2025, Defendant GUSTABO ANGEL GAMEZ GONZALEZ executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Ammo AZ.

//

24. On March 14, 2025, Defendant MARQUE J'VON ROGERS executed an ATF Form 4473 falsely stating that he was the true buyer of six firearms that he purchased from Ammo AZ.

25. On March 14, 2025, Defendant KENNETH WILLIAM ZWICKER executed an ATF Form 4473 falsely stating that he was the true buyer of four firearms that he purchased from Ammo AZ.

26. On March 20, 2025, Defendant RICKY RAYNARD GREGORY executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Harris Brothers.

27. On March 22, 2025, Defendant MARQUE J'VON ROGERS executed an ATF Form 4473 falsely stating that he was the true buyer of one firearm that he purchased from Baseline Pawn.

28. On March 24, 2025, Defendant MARQUE J'VON ROGERS executed an ATF Form 4473 falsely stating that he was the true buyer of two firearms that he purchased from MMP Guns.

29. On March 31, 2025, Defendant KENNETH WILLIAM ZWICKER executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Baseline Pawn.

30. On March 31, 2025, Defendant KENNETH WILLIAM ZWICKER executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Ammo AZ.

31. On May 4, 2025, Defendant GUSTABO ANGEL GAMEZ GONZALEZ executed an ATF Form 4473 falsely stating that he was the true buyer of one firearm that he purchased from Harris Brothers.

32. On May 16, 2025, Defendant TAQUAN ANTONIO M. CARTER executed an ATF Form 4473 falsely stating that he was the true buyer of five firearms that he purchased from Harris Brothers.

//

33. On May 16, 2025, Defendant TAQUAN ANTONIO M. CARTER executed an ATF Form 4473 falsely stating that he was the true buyer of one firearm that he purchased from Ammo AZ.

34. On May 24, 2025, Defendant TAQUAN ANTONIO M. CARTER executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Arizona State Armory.

35. On May 26, 2025, and May 27, 2025, Defendant EMMANUEL ANGEL LEYVA used a telephone to send messages to Defendant FERNANDO DANIEL CASTRO to coordinate Defendant DALILA LISETTE CASTRO'S purchase of three firearms from Arizona State Armory.

36. On May 27, 2025, Defendant DALILA LISETTE CASTRO executed an ATF Form 4473 listing an address that she did not reside at and falsely stating that she was the true buyer of three firearms that she purchased from Arizona State Armory.

37. On June 2, 2025, Defendant GUSTABO ANGEL GAMEZ GONZALEZ executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Ammo AZ.

38. On June 3, 2025, Defendant WAYNIQUA CAPRICE SLEDD executed an ATF Form 4473 falsely stating that she was the true buyer of one firearm that she purchased from Diamondback Armory.

39. On June 3, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Arizona State Armory.

40. On June 7, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of two firearms that he purchased from Ammo AZ.

//

//

- 9 -

41. On June 7, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of two firearms that he purchased from MMP Guns.

42. On June 9, 2025, Defendant TAQUAN ANTONIO M. CARTER executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Arizona State Armory.

43. On June 11, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of six firearms that he purchased from Arizona State Armory.

44. On June 11, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of two firearms that he purchased from Diamondback Armory.

45. On June 24, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of two firearms that he purchased from Ammo AZ.

46. On June 27, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of one firearm that he purchased from The Armory.

47. On July 10, 2025, Defendant CRUZ RAFAEL CASTRO used his Instagram account "elmono_2018" to post the message, "Who wanna make money tomorrow 21+ no felons lmk asap" to recruit individuals to buy firearms.

48. On July 11, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Arizona State Armory.

49. On July 21, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of four firearms that he purchased from Litchfield Arsenal.

//

- 10 -

50. On July 21, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of two firearms that he purchased from Fenrir Gunworks.

51. On July 23, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of two firearms that he purchased from MMP Guns.

52. On July 24, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of two firearms that he purchased from Mad Partners Inc.

53. On July 29, 2025, Defendant TOMMINIQUE LASHAWN SMITH executed an ATF Form 4473 falsely stating that she was the true buyer of five firearms that she purchased from Harris Brothers.

54. On August 6, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of four firearms that he purchased from Litchfield Arsenal.

55. On August 9, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of three firearms that he purchased from Mad Partners Inc.

56. On August 9, 2025, Defendant DARIUS LAMAR GEORGE executed an ATF Form 4473 falsely stating that he was the true buyer of one firearm that he purchased from Litchfield Arsenal.

57. On August 29, 2025, Defendant CYNTHIA MARIE ENRIQUEZ executed an ATF Form 4473 falsely stating that she was the true buyer of four firearms that she purchased from Litchfield Arsenal.

58. On August 29, 2025, Defendant CYNTHIA MARIE ENRIQUEZ executed an ATF Form 4473 falsely stating that she was the true buyer of two firearms that she purchased from Mad Partners Inc.

All in violation of Title 18, United States Code, Section 371.

- 11 -

**COUNTS 2-6**

On or about the dates below, in the District of Arizona, Defendant KENNETH WILLIAM ZWICKER knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant KENNETH WILLIAM ZWICKER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 2 | March 14, 2025 | Ammo AZ (Glendale, Arizona) |
| 3 | March 20, 2025 | Harris Brothers (Phoenix, Arizona) |
| 4 | March 20, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 5 | March 31, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 6 | March 31, 2025 | Ammo AZ (Glendale, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 7-10**

On or about the dates below, in the District of Arizona, Defendant KANIYAH SHIRLEY BEAN knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant KANIYAH SHIRLEY BEAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she knew she was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 7 | February 27, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 8 | March 7, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 9 | March 12, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 10 | March 29, 2025 | Alpha Dog Firearms (Tempe, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 11-19

On or about the dates below, in the District of Arizona, Defendant ANDREW ROY ODIN knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant ANDREW ROY ODIN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 11 | January 9, 2025 | Diamondback Armory (Phoenix, Arizona) |
| 12 | January 9, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 13 | January 9, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 14 | January 11, 2025 | Ammo AZ (Glendale, Arizona) |
| 15 | January 20, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 16 | January 29, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 17 | February 5, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 18 | February 8, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 19 | February 10, 2025 | Ammo AZ (Glendale, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

- 13 -

## COUNTS 20-28

On or about the dates below, in the District of Arizona, Defendant MARQUE J'VON ROGERS knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant MARQUE J'VON ROGERS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 20 | December 18, 2024 | Baseline Pawn (Phoenix, Arizona) |
| 21 | December 31, 2024 | Baseline Pawn (Phoenix, Arizona) |
| 22 | January 16, 2025 | Ammo AZ (Glendale, Arizona) |
| 23 | February 27, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 24 | March 4, 2025 | Harris Brothers (Phoenix, Arizona) |
| 25 | March 7, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 26 | March 14, 2025 | Ammo AZ (Glendale, Arizona) |
| 27 | March 22, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 28 | March 24, 2025 | MMP Guns (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 29-33

On or about the dates below, in the District of Arizona, Defendant WAYNIQUA CAPRICE SLEDD knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant

- 14 -

WAYNIQUA CAPRICE SLEDD did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she knew she was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 29 | May 14, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 30 | May 14, 2025 | Harris Brothers (Phoenix, Arizona) |
| 31 | May 24, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 32 | June 3, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 33 | June 3, 2025 | Diamondback Armory (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 34-39

On or about the dates below, in the District of Arizona, Defendant TAQUAN ANTONIO M. CARTER knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant TAQUAN ANTONIO M. CARTER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 34 | May 13, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 35 | May 16, 2025 | Harris Brothers (Phoenix, Arizona) |
| 36 | May 16, 2025 | Ammo AZ (Glendale, Arizona) |
| 37 | May 24, 2025 | Arizona State Armory (Phoenix, Arizona) |

- 15 -

| 38 | May 28, 2025 | MMP Guns (Phoenix, Arizona) |
| 39 | June 9, 2025 | Arizona State Armory (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 40-49

On or about the dates below, in the District of Arizona, Defendant TOMMINIQUE LASHAWN SMITH knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant TOMMINIQUE LASHAWN SMITH did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she knew she was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 40 | December 23, 2024 | Baseline Pawn (Phoenix, Arizona) |
| 41 | January 14, 2025 | Ammo AZ (Glendale, Arizona) |
| 42 | January 14, 2025 | Harris Brothers (Phoenix, Arizona) |
| 43 | January 30, 2025 | Ammo AZ (Glendale, Arizona) |
| 44 | January 30, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 45 | January 30, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 46 | February 17, 2025 | Ammo AZ (Glendale, Arizona) |
| 47 | February 17, 2025 | Harris Brothers (Phoenix, Arizona) |
| 48 | July 29, 2025 | Harris Brothers (Phoenix, Arizona) |
| 49 | July 31, 2025 | Arizona State Armory (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

//

//

- 16 -

## COUNTS 50-74

On or about the dates below, in the District of Arizona, Defendant DARIUS LAMAR GEORGE knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant DARIUS LAMAR GEORGE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 50 | May 28, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 51 | May 28, 2025 | Harris Brothers (Phoenix, Arizona) |
| 52 | June 3, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 53 | June 7, 2025 | Ammo AZ (Glendale, Arizona) |
| 54 | June 7, 2025 | MMP Guns (Phoenix, Arizona) |
| 55 | June 11, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 56 | June 11, 2025 | Diamondback Armory (Phoenix, Arizona) |
| 57 | June 18, 2025 | Ammo AZ (Glendale, Arizona) |
| 58 | June 18, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 59 | June 18, 2025 | Clik Clik Bang Firearms (Phoenix, Arizona) |
| 60 | June 21, 2025 | Litchfield Arsenal (Glendale, Arizona) |
| 61 | June 24, 2025 | Ammo AZ (Glendale, Arizona) |
| 62 | June 24, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 63 | June 27, 2025 | Harris Brothers (Phoenix, Arizona) |
| 64 | June 27, 2025 | The Armory (Phoenix, Arizona) |
| 65 | July 7, 2025 | Arizona State Armory (Phoenix, Arizona) |

- 17 -

| 66 | July 11, 2024 | Arizona State Armory (Phoenix, Arizona |
| 67 | July 15, 2025 | Clik Clik Bang Firearms (Phoenix, Arizona) |
| 68 | July 21, 2025 | Litchfield Arsenal (Glendale, Arizona) |
| 69 | July 21, 2025 | Fenrir Gunworks (Chandler, Arizona) |
| 70 | July 23, 2025 | MMP Guns (Phoenix, Arizona) |
| 71 | July 24, 2025 | Mad Partners, Inc. (Avondale, Arizona) |
| 72 | August 6, 2025 | Litchfield Arsenal (Glendale, Arizona) |
| 73 | August 9, 2025 | Mad Partners, Inc. (Avondale, Arizona) |
| 74 | August 9, 2025 | Litchfield Arsenal (Glendale, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 75-91

On or about the dates below, in the District of Arizona, Defendant ZACCHEUS FAITH BASELT knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant ZACCHEUS FAITH BASELT did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
| --- | --- | --- |
| 75 | January 17, 2025 | Harris Brothers (Phoenix, Arizona) |
| 76 | January 28, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 77 | January 28, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 78 | February 12, 2025 | Ammo AZ (Glendale, Arizona) |
| 79 | February 18, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 80 | March 5, 2025 | Harris Brothers (Phoenix, Arizona) |

- 18 -

| 81 | March 12, 2025 | Ammo AZ (Glendale, Arizona) |
|---|---|---|
| 82 | March 12, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 83 | March 18, 2025 | Harris Brothers (Phoenix, Arizona) |
| 84 | March 21, 2025 | Ammo AZ (Glendale, Arizona) |
| 85 | March 23, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 86 | March 25, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 87 | March 26, 2025 | Diamondback Armory (Phoenix, Arizona) |
| 88 | March 26, 2025 | MMP Guns (Phoenix, Arizona) |
| 89 | April 1, 2025 | Diamondback Armory (Phoenix, Arizona) |
| 99 | April 1, 2025 | One Stop Firearms LLC (Mesa, Arizona) |
| 91 | June 18, 2025 | Arizona State Armory (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 92-113

On or about the dates below, in the District of Arizona, Defendant GUSTABO ANGEL GAMEZ GONZALEZ knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant GUSTABO ANGEL GAMEZ GONZALEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 92 | November 10, 2024 | Baseline Pawn (Phoenix, Arizona) |
| 93 | December 4, 2024 | Baseline Pawn (Phoenix, Arizona) |
| 94 | December 13, 2024 | Harris Brothers (Phoenix, Arizona) |
| 95 | December 20, 2024 | Baseline Pawn (Phoenix, Arizona) |

- 19 -

| 96 | December 30, 2024 | Baseline Pawn (Phoenix, Arizona) |
|---|---|---|
| 97 | January 11, 2025 | Ammo AZ (Glendale, Arizona) |
| 98 | January 11, 2025 | Tombstone Tactical (Phoenix, Arizona) |
| 99 | February 8, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 100 | February 8, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 101 | March 12, 2025 | Ammo AZ (Glendale, Arizona) |
| 102 | March 19, 2025 | Harris Brothers (Phoenix, Arizona) |
| 103 | April 1, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 104 | April 22, 2025 | Ammo AZ (Glendale, Arizona) |
| 105 | April 22, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 106 | May 4, 2025 | Harris Brothers (Phoenix, Arizona) |
| 107 | May 9, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 108 | May 9, 2025 | Harris Brothers (Phoenix, Arizona) |
| 109 | May 15, 2025 | Ammo AZ (Glendale, Arizona) |
| 110 | May 15, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 111 | June 2, 2025 | Ammo AZ (Glendale, Arizona) |
| 112 | June 2, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 113 | June 14, 2025 | Clik Clik Bang Firearms (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 114-122

On or about the dates below, in the District of Arizona, Defendant CYNTHIA MARIE ENRIQUEZ knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant CYNTHIA MARIE ENRIQUEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record,

- 20 -

stating that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she knew she was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 114 | August 1, 2025 | Harris Brothers (Phoenix, Arizona) |
| 115 | August 9, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 116 | August 10, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 117 | August 16, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 118 | August 22, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 119 | August 28, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 120 | August 28, 2025 | Litchfield Arsenal (Glendale, Arizona) |
| 121 | August 29, 2025 | Litchfield Arsenal (Glendale, Arizona) |
| 122 | August 29, 2025 | Mad Partners, Inc. (Avondale, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 123-132

On or about the dates below, in the District of Arizona, Defendant RICKY RAYNARD GREGORY knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant RICKY RAYNARD GREGORY did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 123 | February 5, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 124 | February 5, 2025 | Ammo AZ (Glendale, Arizona) |

- 21 -

| 125 | February 15, 2025 | Baseline Pawn (Phoenix, Arizona) |
|---|---|---|
| 126 | February 15, 2025 | Grasso Outdoors (Surprise, Arizona) |
| 127 | February 26, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 128 | February 27, 2025 | Ammo AZ (Glendale, Arizona) |
| 129 | March 7, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 130 | March 20 2025 | Harris Brothers (Phoenix, Arizona) |
| 131 | April 16, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 132 | May 1, 2025 | Arizona State Armory (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 133-139

On or about the dates below, in the District of Arizona, Defendant ZACHARY BENJAMIN BASELT knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant ZACHARY BENJAMIN BASELT did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 133 | December 23, 2024 | Baseline Pawn (Phoenix, Arizona) |
| 134 | December 24, 2024 | Baseline Pawn (Phoenix, Arizona) |
| 135 | December 24, 2024 | Harris Brothers (Phoenix, Arizona) |
| 136 | December 28, 2024 | Baseline Pawn (Phoenix, Arizona) |
| 137 | January 1, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 138 | January 3, 2025 | Arizona State Armory (Phoenix, Arizona) |

- 22 -

| 139 | January 24, 2025 | Diamondback Armory (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 140

From on or about December 24, 2024, to on or about January 1, 2025, in the District of Arizona and elsewhere, Defendant FERNANDO DANIEL CASTRO did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the grand jury to transfer or otherwise dispose of firearms, to wit: Glock, model 19X, pistols, to another person, in or otherwise affecting interstate commerce, knowing and having reasonable cause to believe that the use and carrying of the firearms by the recipient would constitute a felony, to wit: Smuggling of Goods from the United States, in violation of Title 18, United States Code, Section 554, Title 50, United States Code Section 4801 et seq., and Title 15, Code of Federal Regulations, Sections 736.2, 738, and 774.

All in violation of Title 18, United States Code, Section 933(a)(1) and (3).

### COUNTS 141-148

On or about the dates below, in the District of Arizona, Defendant DONALD EARL STOKES knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant DONALD EARL STOKES did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 141 | January 8, 2025 | Ammo AZ (Glendale, Arizona) |
| 142 | January 10, 2025 | Diamondback Armory (Phoenix, Arizona) |
| 143 | January 10, 2025 | Harris Brothers (Phoenix, Arizona) |

- 23 -

| 144 | January 13, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 145 | January 13, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 146 | January 16, 2025 | Ammo AZ (Glendale, Arizona) |
| 147 | January 24, 2025 | MMP Guns (Phoenix, Arizona) |
| 148 | February 26, 2025 | Baseline Pawn (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 149-151

On or about the dates below, in the District of Arizona, Defendant DALILA LISETTE CASTRO knowingly made false statements and representations to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant DALILA LISETTE CASTRO did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that she was the actual transferee/buyer of the firearms and that she resided at the address that she listed on the ATF Forms 4473s, whereas in truth and fact, she knew she was buying the firearms on behalf of another person and she resided at a different address.

| Count | Date | FLL (Business) |
|---|---|---|
| 149 | May 27, 2025 | Arizona State Armory (Phoenix, Arizona) |
| 150 | May 30, 2025 | Harris Brothers (Phoenix, Arizona) |
| 151 | August 16, 2025 | Arizona State Armory (Phoenix, Arizona) |

### COUNT 152

From on or about February 18, 2025, to on or about February 28, 2025, in the District of Arizona and elsewhere, Defendants FERNANDO DANIEL CASTRO and JUAN MANUEL TORRES PEREZ, did knowingly and intentionally combine, conspire, confederate, and agree with each other persons known and unknown to the grand jury to

- 24 -

transfer or otherwise dispose of firearms, to wit: AK-style rifles and Glock, model 19X, pistols, to another person, in or otherwise affecting interstate commerce, knowing and having reasonable cause to believe that the use and carrying of the firearms by the recipient would constitute a felony, to wit: Smuggling of Goods from the United States, in violation of Title 18, United States Code, Section 554, Title 50, United States Code Section 4801 et seq., and Title 15, Code of Federal Regulations, Sections 736.2, 738, and 774.

All in violation of Title 18, United States Code, Section 933(a)(1) and (3).

## COUNTS 153-155

On or about the dates below, in the District of Arizona, Defendant ANTHONY ONTIVEROS knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the firearms dealers, in that Defendant ANTHONY ONTIVEROS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|-------|------|----------------|
| 153 | January 16, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 154 | January 25, 2025 | Baseline Pawn (Phoenix, Arizona) |
| 155 | March 31, 2025 | Harris Brothers (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 156-157

On or about the dates below, in the District of Arizona, Defendant JERMARYOUS JAHEIM ASH knowingly made a false statement and representation to the firearms dealers below, which were licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18,

United States Code, to be kept in the records of the firearms dealers, in that Defendant JERMARYOUS JAHEIM ASH did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

| Count | Date | FLL (Business) |
|---|---|---|
| 156 | January 10, 2025 | Harris Brothers (Phoenix, Arizona) |
| 157 | January 16, 2025 | Diamondback Armory (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 158

From on or about December 1, 2024, to on or about September 3, 2025, in the District of Arizona and elsewhere, Defendant FERNANDO DANIEL CASTRO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 158 of this indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853, and Title 28, United States Code, Section 2461(c), upon conviction of the offense alleged in Counts 1 through 158 of this indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to $13,422.85 in cash seized on September 3, 2025, from Defendant FERNANDO

- 26 -

DANIEL CASTRO.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 21, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
MARIA R. GUTIERREZ
BENJAMIN GOLDBERG
Assistant U.S. Attorneys

- 27 -