AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

FILED ___ LODGED
X RECEIVED ___ COPY

JUL 2 8 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America )
v. )
) Case No.   CR-26-00818-PHX-SHD (JZB)
Juan Manuel Torres Perez )
)   ~~SEALED~~
)
)

_____
Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Juan Manuel Torres Perez                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18:933(a)(1) and (3) - Conspiracy to Traffic Firearms

_____
*Issuing officer's signature*

City and state:   Phoenix, Arizona                          M. Pruneau, Deputy Clerk
                                                          *Printed name and title*
cc: PTS

ISSUED ON 2:24 pm, Jul 22, 2026
s/ Daniel R. McAllister, Clerk

## Return

This warrant was received on *(date)*  7/22/2026  , and the person was arrested on *(date)*  7/27/2026
at *(city and state)*   Nogales, AZ          .

Date:  7/28/2026

_____
*Arresting officer's signature*

Joshua Furmage, Special Agent
*Printed name and title*