AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### District of Arizona

<table>
<tr><td>United States of America<br>v.<br><br>Fernando Daniel Castro,<br><br><br>_____<br>Defendant</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.  CR-26-00818-PHX-SHD (JZB)<br><br>SEALED</td></tr>
</table>

FILED ___ LODGED ___
X RECEIVED ___ COPY

JUL 2 8 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Fernando Daniel Castro                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18:371 - Conspiracy
18:933(a)(1) and (3) - Conspiracy to Traffic Firearms
18:922(a)(1)(A), 923(a) and 924(a)(1)(D) - Dealing in Firearms Without a License

_____
Issuing officer's signature

City and state:    Phoenix, Arizona                       

ISSUED ON 11:31 am, Jul 22, 2026
s/ Daniel R. McAllister, Clerk

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

<table>
<tr><td colspan="2" align="center">Return</td></tr>
<tr><td>This warrant was received on <i>(date)</i> 07/23/26 , and the person was arrested on <i>(date)</i> 07/28/26<br>at <i>(city and state)</i> PHOENIX AZ .<br><br>Date: 07/28/26</td><td><br><br>_____<br>Arresting officer's signature<br><br>STANEY Clement  SPECIAL Agent<br>Printed name and title</td></tr>
</table>