**SUZUKI LAW OFFICES**
Attorneys at Law
Sean McNally, Esq. No. 035343
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Castro*

☒ FILED    ☐ RECEIVED

**Jul 31 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | Case No.: **2:26-cr-00818-SHD-1** |
| Plaintiff, | **STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL** |
| vs. | |
| Fernando Daniel Castro, | |
| Defendant. | |

Pursuant to LRCiv 83.3, IT IS HEREBY STIPULATED by and between, present counsel, Melinda Jean Kovacs, of Law Offices of Melinda J Kovacs PLLC for Fernando Daniel Castro, and Sean McNally of **SUZUKI LAW OFFICES,** that Sean McNally be substituted as attorney of record for Defendant Fernando Daniel Castro, to represent him in all further proceedings before this Court. Melinda Jean Kovacs does not object to this substitution.

Mr. McNally is aware of the Arraignment hearing set for July 31, 2026, at 11:00 a.m. before Judge Deborah M Fine and Jury Trial set for September 1, 2026, at 9:00 a.m. before Judge Sharad H Desai. Mr. McNally certifies that Mr. Castro has been made known in writing the status of the case, pending compliance with existing orders and the possibility of sanctions for violating said orders.

For these reasons, we respectfully ask the Court to grant this Motion.

RESPECTFULLY SUBMITTED this 31st day of July, 2026.

By /s/ _____
    Melinda Jean Kovacs, Esq.
    Law Offices of Melinda J Kovacs PLLC

By/s/ *Sean McNally*
    Sean McNally, Esq.
    Suzuki Law Offices

## CONSENT

I, Fernando Daniel Castro, Defendant in the above-entitled action, hereby consent to the substitution of current counsel, Melinda Jean Kovacs Esq., with Sean McNally, Esq., as my attorney of record for all further proceedings herein.

Dated this 3st day of July, 2026.

/s/ FC
_____
Fernando Daniel Castro
Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Judge Deborah M Fine
United States District Court
fine_chambers@azd.uscourts.gov


Benjamin Samuel Goldberg
Maria Rodriguez Gutierrez
Assistant United States Attorney
ben.goldberg@usdoj.gov
maria.gutierrez@usdoj.gov


Melinda Jean Kovacs
Law Offices of Melinda J Kovacs PLLC
mjkovacs@gmail.com


                              /s/ Sean McNally
                              Sean McNally, Esq.
                              Attorney for Defendant *Castro*